Opinion issued October 25, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-01107-CV

____________


IN RE RODNEY PAUL GOUDEAU, Relator






Original Proceeding on Petition for Writ of Habeas Corpus






O P I N I O N

 Relator's petition for writ of habeas corpus is denied. See Texas Rules of
Appellate Procedure 52.2, 52.3, 52.7.

 It is so ORDERED.

 PER CURIAM


Panel consists of Justices Hedges, Keyes, and Duggan. (1)

Do not publish. Tex. R. App. P. 47.




1. The Honorable Lee Duggan, Jr., retired Justice, Court of Appeals, First
District of Texas at Houston, participating by assignment.